**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7598**

_____

UNITED STATES OF AMERICA,

                                     Plaintiff - Appellee,

     versus

JOHN F. PARRISH, JR.,

                                     Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CR-96-124, CA-98-298-2)

_____

Submitted: March 9, 1999          Decided: March 22, 1999

_____

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John F. Parrish, Jr., Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John F. Parrish, Jr., appeals the district court's order denying his motion for relief under 28 U.S.C.A. § 2255 (West 1994 and Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>United States v. Parrish</u>, Nos. CR-96-124; CA-98-298-2 (S.D.W. Va. Aug. 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>